UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARCHITECTURAL SOUTHWEST STONE COMPANY, LLC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.06-0488 (GK) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION IN SUPPORT OF**
**SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

1. I am a legal assistant specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

2. On March 30, 2006, service was made upon Architectural Southwest Stone Company LLC, by U.S. postal Services Express Mail and acknowledged by Kelli Goers, Comptroller of Architectural Southwest Stone Company LLC, at 27599 Schoolcraft Road, Livonia, Michigan 48150.

2096744.01

3. Proof of such service is provided by the executed Acknowledgement of Receipt of Summons and Complaint form executed on April 12, 2006, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 7, 2006

_____
Claudette M. Elmes

2096744.01