# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ARCHITECTUAL SOUTHWEST STONE )<br>COMPANY, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0488 (GK)<br><br>Notice and Acknowledgment of<br>Receipt of Summons and Complaint |

## NOTICE

To: Architectural Southwest Stone Company LLC 27599 Schoolcraft Road, Livonia, Michigan 48150.

Pursuant to Federal Rule of Civil Procedure 4(e)(1), which authorizes service of process "pursuant to the law of the state in which the district court is located," an original Summons, addressed to Architectural Southwest Stone Company LLC and a Complaint have been served upon you in accordance with Rule 4(c)(2)(C)(2)(i) of the Rules of Civil Procedure of the Superior Court of the District of Columbia.

You must sign and date the Acknowledgment. You have been served on behalf of a corporation. Therefore, we have indicated your authority under your signature block.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving the Summons and Complaint in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the Complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken for the relief demanded in the Complaint.

This Notice and Acknowledgment of Receipt of Summons and Complaint was sent by U.S. Postal Services Express Mail on March 30 2006.

3-30-06
Date of Signature

By: _____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP

Attorneys for Plaintiffs
John Flynn, et al.

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I received an original Summons addressed to Architectural Southwest Stone Company LLC and a copy of the Complaint in the above-captioned matter at Architectural Southwest Stone Company LLC, 27599 Schoolcraft Road, Livonia, Michigan 48150, and accept service on behalf of Architectural Southwest Stone Company LLC.

4/12/06
Date of Signature

By: _____
Kelli Goers
Comptroller
Architectural Southwest Stone Company LLC

2

DSMDB.2064962.1