CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,

              Plaintiffs      )
                              )
                  vs.          )          Civil Action No. _06. 0488 (GK)_
                              )
ARCHITECTURAL SOUTHWEST STONE  )
  COMPANY, LLC,                )
                              )
              Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _7th_ day of _June_ , _2006_ , that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)
      ARCHITECTURAL SOUTHWEST STONE COMPANY LLC

was [were]:     [personally served with process on _____].
                OR
                [served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court
                of the District of Columbia on (date the return receipt was signed by addressee):
                _____].
                OR
                [served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil
                Procedure on (date the Acknowledgment Form was signed by addressee):
                      April 12, 2006                                    ].
                [The authority for obtaining personal jurisdiction over the defendant served outside the District of
                Columbia is:
                      29 U.S.C. Section 1132(e)(2)                      ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s)

                              _____
                              Attorney for Plaintiff(s) [signature]
                              Ira R. Mitzner
                              Dickstein Shapiro Morin & Oshinsky LLP
                              2101 L Street, NW, Washington DC 20037
____184564____
Bar Id. Number                Address and Telephone Number   (202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>ARCHITECTURAL SOUTHWEST STONE<br>   COMPANY, LLC,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0488 (GK) |

## JOINT LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served

with orders, judgments and stipulations:

Ira R. Mitzner, Esquire
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C.  20037-1526

Kelli Goers
Architectural Southwest Stone LLC
27599 Schoolcraft Road
Livonia, MI  48150