# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 06-0488 (RMU) |
| ARCHITECTURAL SOUTHWEST STONE | ) |
| COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF IRA MITZNER IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel of record for the Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H. J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent DeLazzero and Ben Capp, Jr., ("IPF"), in the above-captioned case. I have personal knowledge of the facts stated herein.

2. On April 12, 2006, service of process was effected upon Defendant and a Declaration in Support of Service of Summons and Complaint was filed with the Court on June 7, 2006.

3. As of this date, no answer to the Complaint has been filed by Defendant.

4. As set forth in the accompanying Declaration of David F. Stupar, Defendant owes the following sums to Plaintiffs:

| | |
|---|---|
| $ 9,023.90 | Contributions due to the IPF and IMI for work performed in Local 32 MI |
| $ 796.29 | Interest payable on above contributions due to the IPF and IMI, calculated from the Due Date at the rate of 15 percent per annum |
| $ 1,811.13 | Liquidated Damages at the rate of 20 percent, and/or an additional computation of interest at the rate of 15 percent per annum, assessed on above contributions due to the IPF and IMI |
| $ 250.00 | Filing fee (for U.S. District Court) |
| $ 470.47 | Audit fee |
| $ 12,351.79 | Subtotal |
| $ 6,000.00 | Less payments made to date by Defendant |
| $ 6,351.79 | Balance Due the IPF and IMI by Defendant for unpaid contributions, interest, liquidated damages and/or an additional computation of interest, court fees, service of process fees, and audit fees |

5.    Additionally, the Employee Retirement Income Security Act of 1974 ("ERISA") provides for the mandatory award of attorney's fees. ERISA Section 502(g)(2)(D). The fees incurred by Plaintiffs are a direct result of the actions or inactions of Defendant, including the following:

6.    On March 29, 2005, this Court entered a "Judgment Order" against Defendant, in related case *Flynn v. Architectural Southwest Stone Co.* No. 02-0465 (D.D.C. Mar. 29, 2005), granting the IPF's Motion for Default Judgment against Defendant for delinquent fringe benefit contributions due the Fund.  The Judgment Order awarded a total of $19,568.95 due the Fund by Architectural Southwest.  The present action was filed to collect additional delinquencies and counsel's collection efforts applied jointly to No. 02-0465 and this action.

DSMDB-2121344v01

7.    When our efforts to collect on this judgment proved unsuccessful, we forwarded the above-referenced Judgment to Spender & Robb PC., local counsel in Michigan, for execution.

8.    On June 14, 2005, Kelli Goers, owner of Architectural Southwest contacted me to request that we suspend proceedings for execution on the Judgment, promising me that she would pay off the entire total of $19,568.95 due on the Judgment by July 12, 2005.  In reliance on Ms. Goers' representations, we agreed to her request, and instructed Local counsel in Michigan to suspend execution procedures accordingly.

9.    On July 12, 2005, Kelli Goers contacted local counsel, Dawn Weier, Esquire, of Spender & Robb PC, informing her that payment of anticipated receivables to her company had been delayed, and requesting that Architectural Southwest be allowed to provide the Fund with a post-dated check for the balance of $14,568.95 due on the judgment.

10.    I subsequently spoke with Kelli Goers on July 12, 2005, and agreed that, in return for an immediate good-faith payment of $5,000, Architectural Southwest would be allowed to satisfy the balance of $14,568.95 due on the judgment by submitting a post-dated check to be honored for payment no later than the 2nd week of August 2005.

11.    On July 13, 2005, we received two checks from Architectural Southwest made payable to the Fund, the first check in the amount of $5,000 and the second check post dated to August 9, 2005, in payment of the balance due the Fund on the Judgment.

12.    On or about August 9, 2005, Kelli Goers spoke with my paralegal, Claudette Elmes, informing her that there were insufficient funds in her checking account for payment of the post-dated check and requesting that the Fund hold off for a week or two on depositing the check.

DSMDB-2121344v01

13.    On August 26, 2005, Ms. Elmes contacted Architectural Southwest and spoke with Kay Goers, requesting that she inform Kelli Goers that if Architectural Southwest would not agree to honor payment of the post-dated check, we would be forced to proceed with execution on the Judgment.

14.    On September 9, 2005, we instructed Dawn Weier, Esquire, of Spender & Robb to proceed with execution on the Judgment in order to collect the balance of $14,568.95 due the Fund.

15.    On September 16, 2005, I received a letter from Paul Asker, Esquire, advising that he had recently been retained by Architectural Southwest and further advising that the post-dated check provided by Kelli Goers would not be honored by the bank if it were submitted for payment, since he had instructed his client to stop payment on the check.

16.    In a continuing effort to escape its obligations under this Court's March 29, 2005 Judgment Order[1], Defendant subsequently filed a Motion for Change of Venue (denied) in the court action filed in the United States District Court for the Eastern District of Michigan by local counsel Spender and Robb P.C., in connection with their efforts to execute on this Court's Judgment Order, thereby requiring the Fund to incur additional attorney's fees in the preparation and filing of pleadings in that regard.

17.    ERISA's collection provisions reflect Congressional concern about the "serious problem" caused by employers who fail to "make required contribution[s] in a timely fashion," thus imposing a "variety of costs" on both employee benefit plans and their participants and beneficiaries. *Carpenters Amended & Restated Health Benefit Fund v. John W. Ryan Constr. Co.*, 767 F.2d 1170, 1173-74 (5th Cir. 1985). To address these concerns, Congress amended

---

[1]    This Court's March 29, 2005 Judgment Order in related case *Flynn v. Architectural Southwest Stone Co.* No. 02-0465 (D.D.C. Mar. 29, 2005) provides that "this judgment does not prejudice the plaintiffs' rights to seek recovery of any additional past or future delinquencies, interest, damages and reasonable attorney's fees and costs that the defendant may owe to the plaintiffs."

DSMDB-2121344v01

ERISA's collection provisions so as to promote the efficient collection of employer obligations and thereby foster the continued viability of employee benefit plans. Counsel for the Fund seeks to enforce employer obligations in order to ensure the viability of the Fund and, in turn, the welfare of those participants and beneficiaries who depend on their pensions for income after retirement.

18.    The fees incurred in this action to date, calculated according to the normal billing rates for Dickstein Shapiro LLP in effect currently or at the time services were performed for IPF matters, are as follows:

|  | Hours | Per Hour | Total |
|---|---|---|---|
| • Ira R. Mitzner | 0.10 | $465.00 | $    46.50 |
|  | 0.20 | 475.00 | 95.00 |
| • Charles Mehler | 7.60 | $350.00 | $2,660.00 |
| • Claudette Elmes (Paralegal) | 2.80 | $150.00 | $  420.00 |
|  | 14.20 | 155.00 | 2,201.00 |
| • Stephen Zachary (Paralegal) | .40 | $ 90.00 | $    36.00 |
| **Total** |  |  | **$5,458.50** |

19.    In addition, the Plaintiffs have incurred $6,682.15 in legal fees and costs for services performed by Plaintiffs' local counsel, Spender & Robb, P.C. in connection with their efforts to assist us in enforcing Defendant's obligations under this Court's March 29, 2005 Judgment Order.  (Copy of Spender & Robb, P.C. bills attached hereto as Exhibit 1.)

20.    The default of Defendant for failure to answer was entered by the Clerk of this Court on June 8, 2006.

5

21.    We therefore pray for entry of default in favor of Plaintiffs in the total amount of $18,492.44.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _August 30, 2006_                    _Ira R. Mitzner_
                                           Ira R. Mitzner

6

**EXHIBIT 1**

LAW OFFICES

# SPENDER & ROBB, P.C.

A PROFESSIONAL CORPORATION

THE CORNERSTONE BUILDINGS
1289 SOUTH LINDEN ROAD, SUITE B
FLINT, MICHIGAN 48532-3408

EMPLOYER ID NO.
38-2814183

TELEPHONE
(810) 230-1415

FAX
(810) 732-0144

June 27, 2005

Bricklayers Int'l Trowel Trades
c/o Ira R. Mitzner, Esq.
Dickstein, Shapiro & Morin
2101 L Street, NW
Washington DC 20037-1526

Invoice #    31486

## Professional services

|  |  | **Hours** |
|---|---|---|
| Architectural Southwest Stone Co. | | |
| 6/1/05 SFS | Telephone conference with Kelli at Architectural Southwest. Telephone conference with Steve Zachary regarding collection issues. Review file. Received and reviewed documents from Court. Dictate correspondence to Steve Zackary with certified Judgment. | 0.80 |
| 6/2/05 SFS | Received and reviewed correspondence from Kelli at Architectural Southwest regarding payment arrangements and disputed audit. Received and reviewed audit from Joni Holmgren at TIC International. Conference with Joni Holmgren. | 1.30 |
| 6/6/05 SFS | Telephone conferences with Mr. Hawthorne and White Construction. Fax corporate documents and information to Steve Zachary. | 0.40 |

Bricklayers Int'l Trowel Trades

Page    2

June 27, 2005

**Hours**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 6/7/05 | DMW | Reviewed file. Telephone conference with personnel at White Construction regarding status of work with White Construction. Dictate garnishments to White Construction and Comerica Bank. Dictate correspondence to Steve Zachery regarding Architectural's letter proposing payment arrangement. | 1.00 |
| 6/10/05 | SFS | Telephone conference with Steve Zachary regarding request for installment payments and interest on Judgment. Dictate correspondence to Architectural Southwest regarding rejection of request for installment payments. | 0.20 |
| 6/13/05 | DMW | Telephone conference with Kelli Goers at Architectural Southwest regarding Judgment amount due. Sent Attorney Spender e-mail correspondence regarding same. Follow up telephone conference with Kelli Goers regarding same. | 0.60 |
| 6/14/05 | SFS | Conference with Attorney Weier regarding guarantees on payment. Received and reviewed fax from Ronald Peshek regarding work sites for Architectural Southwest. | 0.40 |
| | DMW | Telephone conference with Claudette Elmes regarding Architectural Southwest's proposal to pay judgment amount. Follow up telephone conference with Claudette Elmes regarding same. Telephone conference with Kelli Goers at Architectural Southwest. Follow up telephone conference with Claudette Elmes. | 1.00 |

Bricklayers Int'l Trowel Trades

Page     3<br>June 27, 2005

**Hours**

6/21/05  DMW    Telephone conference with Claudette Elmes at          0.60
Attorney Ira Mitzner's office regarding how to proceed
with collection of Judgment.  Received and reviewed
fax from Claudette Elmes regarding same.  Telephone
conference with Kelli Goers at Architectural Southwest
regarding personal guaranty.

**Amount**

| | | |
|---|---|---|
| SUBTOTAL: | [     6.30 | 942.50] |
| For Professional Services Rendered | 6.30 | $942.50 |
| Previous balance | | $161.50 |
| **BALANCE DUE** | | **$1,104.00** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 942.50 | 161.50 | 0.00 | 0.00 | 0.00 |

LAW OFFICES
# SPENDER & ROBB, P.C.
A PROFESSIONAL CORPORATION
THE CORNERSTONE BUILDINGS
1289 SOUTH LINDEN ROAD, SUITE B
FLINT, MICHIGAN 48532-3408

EMPLOYER ID NO.
38-2814183

TELEPHONE
(810) 230-1415

FAX
(810) 732-0144

July 26, 2005

Bricklayers Int'l Trowel Trades
c/o Ira R. Mitzner, Esq.
Dickstein, Shapiro & Morin
2101 L Street, NW
Washington DC 20037-1526

Invoice #    31592

## Professional services

|                          |     | Hours |
|--------------------------|-----|-------|

**Architectural Southwest Stone Co.**

| Date | By | Description | Hours |
|------|-----|-------------|-------|
| 6/27/05 | DMW | Dictate draft of Personal Guaranty for Kelli and Kay Goers. Reviewed and made revisions to same. | 0.80 |
| 7/12/05 | DMW | Telephone conference with Kelli Goers at Architectural Southwest regarding status of payment. Telephone conference with Claudette Elmes regarding same. Follow up telephone conference with Claudette Elmes regarding same. Made notes to file regarding same. Received and reviewed correspondence via e-mail from Claudette Elmes regarding same. | 0.80 |
| 7/15/05 | DMW | Telephone conference with Claudette Elmes regarding status of payment and personal guaranty. Received and reviewed e-mail from Claudette Elmes regarding same. Docketed calendar for follow up. | 0.40 |

Bricklayers Int'l Trowel Trades

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | SUBTOTAL: | | [  2.00 | 250.00] |

**Ohio Building Restoration**

| 7/15/05 | SFS | Telephone conference with Attorney Ira Mitzner and Josh Marks. | 0.30 | |
| | SFS | Received voice mail from Josh Marks regarding Ohio Building Restoration.  Telephone conference with Josh Marks. | 0.20 | |
| 7/20/05 | SFS | Telephone conference with Steve Zachery regarding registration of foreign judgment. | 0.20 | |
| | SUBTOTAL: | | [  0.70 | 122.50] |

| For Professional Services Rendered | 2.70 | $372.50 |
|---|---|---|
| Previous balance | | $1,104.00 |
| 7/25/05- PAYMENT - THANK YOU | | ($1,104.00) |
| **BALANCE DUE** | | **$372.50** |

LAW OFFICES

# SPENDER & ROBB, P.C.

A PROFESSIONAL CORPORATION

THE CORNERSTONE BUILDINGS
1289 SOUTH LINDEN ROAD, SUITE B
FLINT, MICHIGAN  48532-3408

EMPLOYER ID NO.
38-2814183

TELEPHONE
(810) 230-1415

FAX
(810) 732-0144

August 26, 2005

Bricklayers Int'l Trowel Trades
c/o Ira R. Mitzner, Esq.
Dickstein, Shapiro & Morin
2101 L Street, NW
Washington DC 20037-1526

Invoice #    31718

## Professional services

|  |  |  | Hours |  |
|---|---|---|---|---|
| Architectural Southwest Stone Co. |  |  |  |  |
| 8/12/05 | DMW | Telephone conference with Claudette Elmes regarding status of payment.  Made notes to file regarding same. | 0.20 |  |
| 8/23/05 | DMW | Left voice mail message for Claudette Elmes regarding status of case.  Received e-mail from Claudette Elmes regarding same. | 0.20 |  |
|  |  |  |  | **Amount** |
| SUBTOTAL: |  |  | [    0.40 | 60.00] |

LAW OFFICES

# SPENDER & ROBB, P.C.

A PROFESSIONAL CORPORATION

THE CORNERSTONE BUILDINGS
1289 SOUTH LINDEN ROAD, SUITE B
FLINT, MICHIGAN  48532-3408

EMPLOYER ID NO.
38-2814183

TELEPHONE
(810) 230-1415

FAX
(810) 732-0144

September 27, 2005

Bricklayers Int'l Trowel Trades
c/o Ira R. Mitzner, Esq.
Dickstein, Shapiro & Morin
2101 L Street, NW
Washington DC 20037-1526

Invoice #    31815

## Professional services

|  |  |  | **Hours** |
|---|---|---|---|
| | | Architectural Southwest Stone Co. | |
| 8/31/05 | SFS | Review file.  Conference with Attorney Weier. Telephone conference with Brett Huebner at Novara, Tesija regarding Local 32's claim against Architectural Southwest.  Draft e-mail to Ira Mitzner regarding status.  Dictate memo to file. | 0.90 |
| | DMW | Received and reviewed e-mail from Claudette Elmes regarding contacting Attorney Brett Huebner regarding BAC Local 21 garnishment. | 0.20 |
| 9/2/05 | DMW | Telephone conference with Claudette Elmes regarding status of case and how to proceed. | 0.20 |
| 9/11/05 | DMW | Received and reviewed e-mail from Claudette Elmes regarding how to proceed with collecting Judgment. | 0.20 |

Bricklayers Int'l Trowel Trades

| | | | **Hours** |
|---|---|---|---|
| 9/13/05 | DMW | Telephone conference with Kelli Goers regarding balance due on Judgment.  Telephone conference with Claudette Elmes regarding same.  Received and reviewed e-mail from Claudette Elms regarding same. | 0.60 |
| 9/14/05 | DMW | Telephone conference with Kelli Goers regarding her suggested payment plan.  Calculated amount due on Judgment.  Dictate garnishments to White Construction and Comerica Bank.  Dictate Request and Order to Seize Property. | 0.70 |
| 9/15/05 | DMW | Telephone conference with deputy sheriff, Scott Hope, regarding Request and Order to Seize Property. | 0.10 |
| 9/16/05 | DMW | Received and reviewed correspondence from Attorney Paul Asker regarding Judgment.  Telephone conference with Claudette Elmes regarding same.  Sent e-mail to Attorney Ira Mitzner. | 0.60 |
| 9/20/05 | DMW | Received and reviewed correspondence form Attorney Ira Mitzner. | 0.20 |
| 9/21/05 | DMW | Telephone conference with court clerk regarding status of garnishments and Request and Order to Seize Property.  Received garnishments and Request back from Court.  Telephone conference with Scott Hope, deputy sheriff, regarding the Request and Order to Seize Property. | 0.40 |

|  |  | **Amount** |
|---|---|---|
| SUBTOTAL: | [     4.10 | 646.50] |

Bricklayers Int'l Trowel Trades

|  |  |  | Hours |  |
|---|---|---|---|---|
| 9/20/05 | SFS | Review draft of Response to Motion for Innerpleader (sic).  Draft revisions and finalize.  Conference with Attorney Weier. | 0.50 |  |

|  | Hours | Amount |
|---|---|---|
| SUBTOTAL: | [   12.10 | 2,105.50] |
| For Professional Services Rendered | 16.20 | $2,752.00 |

## Additional charges:

Architectural Southwest Stone Co.

| | |
|---|---|
| 9/21/05- White Construction - garnishee disclosure fee | 1.00 |
| - White Construction - garnishee disclosure fee | 6.00 |
| - Comerica Bank - garnishee disclosure fee | 1.00 |
| - Certified Receipt Mailings (3) | 13.95 |

| | |
|---|---|
| SUBTOTAL: | [   21.95] |
| Total costs | $21.95 |
| Total amount of this bill | $2,773.95 |
| Previous balance | $2,421.50 |
| **BALANCE DUE** | **$5,195.45** |

LAW OFFICES

# SPENDER & ROBB, P.C.

A PROFESSIONAL CORPORATION

THE CORNERSTONE BUILDINGS
1289 SOUTH LINDEN ROAD, SUITE B
FLINT, MICHIGAN 48532-3408

EMPLOYER ID NO.
38-2814183

TELEPHONE
(810) 230-1415

FAX
(810) 732-0144

October 25, 2005

Bricklayers Int'l Trowel Trades
c/o Ira R. Mitzner, Esq.
Dickstein, Shapiro & Morin
2101 L Street, NW
Washington DC 20037-1526

Invoice #    31918

## Professional services

|  |  | | Hours |
|---|---|---|---|
| | | Architectural Southwest Stone Co. | |
| 9/26/05 | SFS | Received and reviewed correspondence and documents from Attorney Paul Asher. Conference with Attorney Weier on how to proceed. | 0.20 |
| 9/27/05 | SFS | Telephone conferences with Ira Mitzner's office. Telephone conference with deputy sheriff. Conference with Attorney Weier regarding execution. | 0.50 |
| | DMW | Telephone conference with Scott Hope, deputy sheriff, regarding Request and Order to Seize Property. Follow up telephone conference with Scott Hope. Telephone conference with Glen at White Construction regarding garnishment. Follow up telephone conference with Scott Hope regarding same. | 1.30 |

Bricklayers Int'l Trowel Trades

**Hours**

| | | | |
|---|---|---|---|
| 10/4/05 | DMW | Sent Claudette Elmes e-mail regarding status of collection of judgment. | 0.20 |
| 10/6/05 | DMW | Received and reviewed garnishee disclosure from Comerica Bank.  Sent Claudette Elmes e-mail regarding same. | 0.20 |
| 10/10/05 | DMW | Received and reviewed Defendant's Motion for Change of Venue and Order Allowing Installment Payments and Brief in Support.  Telephone conference with Glen at White Construction regarding garnishment.  Dictate correspondence to Attorney Ira Mitzner regarding Defendant's Motion and Brief.  Dictate rough draft of Response and Brief in Support to Defendant's Motion. | 3.20 |
| 10/11/05 | DMW | Reviewed and made revisions to Response to Defendant's Motion for Change of Venue and Order Allowing Installment Payments and Brief in Support. Research on prohibited transactions and preemption. | 2.80 |
| | SFS | Review Motion by Architectural Southwest.  Research on prohibited transaction.  Conference with Attorney Weier response brief. | 1.10 |
| 10/12/05 | DMW | Made additional revisions to Response to Defendant's Motion for Change of Venue and Order Allowing Installment Payments and Brief in Support.  Telephone conference with Claudette Elmes regarding Affidavit of Attorney Ira Mitzner.  Telephone conference with Glen at White Construction regarding garnishment.  Follow up telephone conference with Glen at White Construction. | 2.00 |
| | SFS | Office work on Response to Motion and Response Brief.  Review and draft revisions. | 1.60 |

Bricklayers Int'l Trowel Trades

**Hours**

| | | | |
|---|---|---|---|
| 10/13/05 | DMW | Received and reviewed e-mail from Claudette Elmes regarding Affidavit of Attorney Ira Mitzner.  Reviewed Affidavit of Attorney Mitzner.  Received and reviewed correspondence from Attorney Ron Denewith regarding White Construction garnishment.  Made additional revisions to Brief.  Sent e-mail to Claudette Elmes regarding Affidavit of Ira Mitzner. | 1.50 |
| | SFS | Received and reviewed International Pension Fund General Collection Procedures and Guidelines to Procedures. | 0.40 |
| 10/14/05 | DMW | Telephone conference with Attorney Ron Denewith regarding White Construction garnishment.  Telephone conference with Claudette Elmes regarding Affidavit of Attorney Ira Mitzner. | 0.40 |
| 10/21/05 | DMW | Received and reviewed Defendant's Reply Brief for Motion to Change Venue and for Order allowing Installment Payments. | 0.40 |
| 10/24/05 | DMW | Telephone conference with Scott Hope, deputy sheriff, regarding status of money collected from Kelli Goers of Architectural Southwest. | 0.20 |

**Amount**

SUBTOTAL:                    [    16.00    2,533.00]

For Professional Services Rendered            16.00    $2,533.00

Bricklayers Int'l Trowel Trades

Page    4

October 25, 2005

## Additional charges:

|  | Amount |
|---|---|
| Architectural Southwest Stone Co. | |
| 10/20/05- United Parcel Service Overnight Mailing | 15.75 |
| SUBTOTAL: | [    15.75] |
| Total costs | $15.75 |
| Total amount of this bill | $2,548.75 |
| Previous balance | $5,195.45 |
| **BALANCE DUE** | **$7,744.20** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 5,322.70 | 0.00 | 2,049.00 | 372.50 | 0.00 |

LAW OFFICES

# SPENDER & ROBB, P.C.

A PROFESSIONAL CORPORATION

The Cornerstone Buildings
1289 S. Linden Road, Suite B
Flint, MI 48532

TAXPAYER ID NUMBER
38-2814183

TELEPHONE: (810) 230-1415
FAX: (810) 732-0144

November 21, 2005

Invoice # 32018

Bricklayers Int'l Trowel Trades
c/o Ira R. Mitzner, Esq.
Dickstein, Shapiro & Morin
2101 L Street, NW
Washington DC 20037-1526

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | | **Architectural Southwest Stone Co.** | | |
| 10/25/2005 - | DMW | Telephone conference with Claudette Elmes regarding status of case. Sent Attorney Spender e-mail regarding same. | 0.30 | 37.50 |
| 10/28/2005 - | DMW | Telephone conference with Glen Schultz regarding status of payment on garnishment. Received check from deputy sheriff, Scott Hope, for net proceeds. Sent correspondence with check to Attorney Ira Mitzner. | 0.40 | 60.00 |
| 11/2/2005 - | DMW | Telephone conference with Attorney Ron Denewith regarding garnishment to White Construction. | 0.20 | 30.00 |
| 11/3/2005 - | DMW | Telephone conference with Attorney Paul Asker regarding White Construction garnishment. | 0.20 | 30.00 |
| 11/7/2005 - | DMW | Received and reviewed Defendant's Objection to Garnishment issued to White Construction and correspondence from Attorney Paul Asker. Sent e-mail to Attorney Ira Mitzner regarding possible resolution of case. Telephone conference with | 1.00 | 150.00 |

Bricklayers Int'l Trowel Trades

Page    2
11/21/2005

| | | | Hours | Amount |
|---|---|---|---|---|
| | | Claudette Elmes regarding same. Received and reviewed e-mail from Claudette Elmes and Attorney Chuck Mehler. Sent e-mail to Attorney Paul Asker regarding possible resolution of White Construction garnishment. | | |
| 11/9/2005 - | DMW | Telephone conference with Attorney Ron Denewith regarding status of White Construction garnishment. Telephone conference with Attorney Paul Asker regarding possible resolution. | 0.40 | 60.00 |
| 11/14/2005 - | DMW | Sent e-mail to Attorney Paul Asker regarding White Construction garnishment. | 0.20 | 30.00 |
| 11/15/2005 - | DMW | Received voicemail from Attorney Shannon Wirth regarding White Construction garnishment. Telephone conference with Claudette Elmes regarding same. Telephone conference with Attorney Wirth regarding same. Telephone conference with Attorney Ron Denewith regarding same. | 0.40 | 60.00 |
| 11/17/2005 - | DMW | Telephone conference with Claudette Elmes regarding Architectural Southwest's updated offer to resolve this matter. Telephone conference with Attorney Chuck Mehler regarding same. | 0.40 | 60.00 |
| | SUBTOTAL: | | [    3.50 | 517.50] |

Ohio Building Restoration

| | | | | |
|---|---|---|---|---|
| 11/17/2005 - | DMW | Telephone conference with Attorney Steve Zackary regarding status of resolution of case. Docketed calendar for follow up. | 0.20 | 30.00 |
| | SUBTOTAL: | | [    0.20 | 30.00] |
| | For professional services rendered | | 3.70 | $547.50 |

Bricklayers Int'l Trowel Trades

Page   3
11/21/2005

**Costs incurred:**

**Amount**

Architectural Southwest Stone Co.

11/15/2005 -   West Law Computerized Research                          92.95

SUBTOTAL:                                          [     92.95]

Total costs                                                              $92.95

For Professional Services Rendered                           $640.45

Previous balance                                                      $7,744.20

**BALANCE DUE**                                                    $8,384.65

LAW OFFICES
# SPENDER & ROBB, P.C.
A PROFESSIONAL CORPORATION

The Cornerstone Buildings
1289 S. Linden Road, Suite B
Flint, MI 48532

TAXPAYER ID NUMBER
38-2814163

TELEPHONE: (810) 230-1416
FAX: (810) 732-0144

December 27, 2005

Invoice # 32103

Bricklayers Int'l Trowel Trades
c/o Ira R. Mitzner, Esq.
Dickstein, Shapiro & Morin
2101 L Street, NW
Washington DC 20037-1526

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|

Architectural Southwest Stone Co.

| 11/21/2005 - | DMW | Received and reviewed e-mail from Claudette Elmes regarding Architectural Southwest's updated offer to settle. Left voice mail message for Attorney Shannon Wirth regarding same. Telephone conference with Attorney Wirth. | 0.40 | 60.00 |
| 11/23/2005 - | DMW | Sent e-mail to Claudette Elmes regarding status of garnishment to White Construction. Received e-mail from Claudette Elmes regarding same. Telephone conference with Attorney Shannon Wirth. | 0.30 | 45.00 |
| 12/5/2005 - | DMW | Telephone conference with Attorney Shannon Wirth regarding White Construction garnishment. Telephone conference with Attorney Ron Denewith regarding same. Telephone conference with Glen Schultz at White Construction. Telephone conference with Claudette Elmes. | 0.70 | 105.00 |

Bricklayers Int'l Trowel Trades

Page    2
12/27/2005

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/8/2005 - | DMW | Telephone conference with Attorney Ron Denewith regarding garnishment issued to White Construction. Research on installment payment statute. | 0.70 | 105.00 |
| 12/12/2005 - | SFS | Research on party in interest and PET 76.1. Draft Brief on issues and memo to Attorney Weier. | 1.20 | 222.00 |
| - | DMW | Preparation for hearing on Motion to Change Venue and Order Allowing for Installment Payments. | 2.00 | 300.00 |
| 12/13/2005 - | DMW | Travel to and from Detroit for hearing in Federal Court on Defendant's Motion to Change Venue and for Order Allowing Installment Payments and Objections to Garnishment. Telephone conference with Attorney Ira Mitzner regarding same. Telephone conference with Attorney Ron Denewith regarding same. Received and reviewed Order from Court Denying Motion. Sent same to Attorney Denewith. | 4.50 | 675.00 |
| 12/14/2005 - | DMW | Dictate correspondence to Attorney Ron Denewith regarding Order Denying Motion for Change of Venue and Order Allowing Installment Payments and Objections to Garnishment. | 0.20 | 30.00 |
| 12/15/2005 - | DMW | Telephone conference with Attorney Ron Denewith regarding garnishment and Order to Pay. Sent correspondence to Attorney Shannon Wirth regarding same. | 0.20 | 30.00 |
| 12/16/2005 - | DMW | Telephone conference with Claudette Elmes regarding amount due on Judgment and new audit amount. | 0.20 | 30.00 |
| 12/20/2005 - | DMW | Telephone conference with Glen Schultz at White Construction regarding garnishment check. | 0.20 | 30.00 |
| 12/21/2005 - | DMW | Telephone conference with Glen Schultz regarding status of garnishment check. | 0.20 | 30.00 |
| 12/23/2005 - | DMW | Received and reviewed correspondence from Attorney Ron Denewith regarding White Construction garnishment and payment of funds. Docketed calendar for follow up. | 0.20 | 30.00 |

*$1,602.00*

*Through 12/16/05*

Bricklayers Int'l Trowel Trades

Page    3
12/27/2005

|  |  | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | | [   11.00 | 1,692.00] |
| **Ohio Building Restoration** | | | |
| 11/28/2005 - DMW Received voice mail message from Steve Zachary regarding status of matter. Telephone conference with Steve Zachary. | | 0.20 | 30.00 |
| 12/2/2005 - DMW Telephone conference with Attorney Greg Elder regarding dismissing Motion for Interpleader. | | 0.20 | 30.00 |
| SUBTOTAL: | | [   0.40 | 60.00] |
| For professional services rendered | | 11.40 | $1,752.00 |
| Previous balance | | | $8,384.65 |
| 12/23/2005 PAYMENT - THANK YOU | | | ($2,422.00) |
| Total payments | | | ($2,422.00) |
| **BALANCE DUE** | | | $7,714.65 |