# Exhibit C

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

_____
            Plaintiff(s)                                         Civil Action No.  06-488 (RMU)

        V.

ARCHITECTURAL SOUTHWEST STONE
COMPANY LLC

_____
        Defendant(s)

RE:  ARCHITECTURAL SOUTHWEST STONE COMPANY LLC


### DEFAULT


It appearing that the above-named defendant(s) failed to plead or otherwise defend this action

though duly served  with summons and copy of the complaint      on        April 12, 2006        , and an

affidavit on behalf of the plaintiff having been filed, it is this _8th_ day of ____June____ , _2006_ declared

that  defendant(s) is/are in default.



                                            NANCY MAYER-WHITTINGTON, Clerk



                                                            N. Wilkens
                                        By: _____
                                                          Deputy Clerk