IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ARCHITECTURAL SOUTHWEST STONE )<br>COMPANY, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>06-0488 (RMU) |

## JUDGMENT

The summons and complaint in this action having been duly served on the above-named Defendant on April 12, 2006, and the time for said Defendant to appear and defend herein having expired, and Defendant not having filed an Answer, and the Clerk having entered default, and Plaintiffs having filed declarations of amount due in the sum of $24,492.44, and Defendants having paid a total of $6,000.00 of that total due to Plaintiffs, and Plaintiffs having moved for entry of judgment by default for the balance due of $18,492.44, it is hereby

ORDERED, ADJUDGED AND DECREED that the final judgment in favor of Plaintiffs and against Defendant is hereby granted and ordered entered as the judgment in this action as follows:

1. That the Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H. J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent DeLazzero and Ben Capp, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International

2121347.01

Pension Fund ("IPF"), 1776 Eye Street, N.W., Fifth Floor, Washington, D.C. 20006, recover from the Defendant, Architectural Southwest Stone Company, LLC, 27599 Schoolcraft Road, Livonia, MI 48150, the sum of $18,492.44;

2. That Architectural Southwest Stone Company, LLC be directed to submit all monthly reports and contributions that may come due the Plaintiffs subsequent to the filing of this judgment; and

3. That said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest, damages and reasonable attorney's fees and costs that may be owing to the Plaintiffs from Architectural Southwest Stone Company, LLC.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: _____, 2006    _____
　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARCHITECTURAL SOUTHWEST STONE COMPANY, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 06-0488 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) |

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

        Ira R. Mitzner, Esquire
        Dickstein Shapiro LLP
        1825 Eye Street, N.W.
        Washington, D.C. 20006

        Kelli Goers
        Architectural Southwest Stone Company, LLC
        27599 Schoolcraft Road
        Livonia, MI 48150

DSMDB-2121345v01